**TACKER & ASSOCIATES, P.L.L.C.**
**George A. Tacker, Esq.,** SBN 019325
14175 West Indian School Road, Ste. B4-522
Goodyear, Arizona 85395
Telephone: (623) 748-8906
Facsimile: (888) 483-6015
gtacker@tackerlaw.com
Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA (PHOENIX)**

| | |
|---|---|
| Greg Dalmolin, an individual; | Case No.: |
| Plaintiff, | **COMPLAINT** |
| v. | |
| BNCCORP Inc., doing business as BNC National Bank, a foreign corporation ; | **JURY TRIAL REQUESTED** |
| Defendants. | |

COMES NOW the Plaintiff, by and through his counsel undersigned, and for his Complaint against the Defendants, alleges as follows:

**PARTIES AND JURISDICTION**

1. Plaintiff, Greg Dalmolin (hereinafter "Plaintiff") is a resident of Arizona and resides in Maricopa County, Arizona.  The incidents giving rise to these claims occurred within the jurisdiction of this Court in Maricopa County, Arizona.

2. Upon information and belief, Plaintiff alleges that Defendants, BNCCORP Inc., is doing business as BNC National Bank, a foreign corporation (hereinafter "BNC") and that it caused the actions complained of herein to occur within Maricopa County

-1-

Arizona. Further, Plaintiff alleges that BNCCORP Inc. is a bank holding company registered under the Bank Holding Company Act of 1956 and is headquartered in Bismarck, North Dakota. It is the parent company of BNC National Bank. The Defendants' primary address is 322 East Main Avenue, Bismarck, North Dakota, 58501.

3. The incidents giving rise to the allegations contained herein or the contracts that are the subject of this litigation occurred within Maricopa County, Arizona. Upon information and belief, at the time this action was commenced, their existed between the Plaintiff and Defendant complete diversity regarding the domicile of the Defendants. Jurisdiction and venue are proper before this Court pursuant to federal law and/or pursuant to 28 U.S.C. §1332.

4. This action is being brought under the Federal Fair Labor Standards Act, 29 U.S.C. §201 et. seq. ("FLSA").

## FACTUAL ALLEGATIONS

5. In or about August 2009, Plaintiff entered in to an employment agreement with the Defendants.

6. Defendants were an "employer" within the meaning of FLSA, 29 USC §203(d).

7. Plaintiff was to work for the Defendants local offices in the metropolitan Phoenix, Arizona area and worked there during the applicable statute of limitations.

8. Plaintiff was employed as a loan officer assistant with the Defendants and provided support to the loan officers employed by the Defendants in the Phoenix, Arizona office.

9.  Plaintiff's employment terminated with the Defendants in February 2011.

10.  During the statutory period, Plaintiff worked as a loan officer assistant for BNC in excess of 40 hours a week without overtime compensation.

11.  In addition, Plaintiff routinely worked hours as a loan officer assistant for which he was not paid the minimum wage.

12.  These practices violate the provisions of the Federal Fair Labor Standards Act, 29 U.S.C, §201 et. seq. specifically §207(a) and §206.

13.  As a direct result of the Defendants unlawful practices, the Plaintiff suffered a loss of wages in violation of the FLSA.

14.  Upon information and belief, the Defendants knew, or showed reckless disregard for the fact that they failed to pay the Plaintiff (a loan officer assistant), overtime compensation and minimum wages in violation of federal law.

15.  Upon information and belief, Plaintiff believes there are numerous other similarly situated employees and former employees of the Defendants who also were not paid in accordance with federal wage laws and will amend this Complaint to add such additional plaintiff who are similarly situated as discovery in this matter is conducted.

**WHEREFORE**, Plaintiff prays for judgment against the Defendants as follows:

a.  For a jury trial in this matter;

b.  For Judgment against the Defendants for an amount equal to Plaintiff's unpaid back wages at the applicable overtime rate;

c.  For Judgment against the Defendants that their violations of the FLSA were willful;

     d.     An equal amount to the overtime damages as liquidated damages;

     e.     Judgment for unpaid minimum wage in accordance with the FLSA;

     f.     To the extent liquidated damages are not awarded, an award of prejudgment interest;

     g.     For an award of attorneys' fees and costs.

     h.     Leave to amend to add claims under applicable state laws including Arizona Revised Statutes (Title 23) and Arizona conversion claims;

     i.     Leave to add additional Plaintiffs by motion, the filing of written consent forms or any other method approved by the Court;

     j.     For such other relief as the court deems just and proper.

RESPECTFULLY SUBMITTED this 30TH day of July 2012

                                **TACKER & ASSOCIATES, PLLC**

                                _/s/George Tacker_____
                                George A. Tacker, Esq.
                                Attorney for Plaintiff

ORIGINAL of the foregoing filed
this 30th day of January, 2013 to:

Clerk of the Court
U.S. District Court

COPY of the foregoing served via process
server this ____ day of January, 2013 to:

Statutory Agent for Defendants


By: __/s/Monica Barba_____