# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Greg Dalmolin,  )  | **JUDGMENT OF DISMISSAL** |
| )  | **IN A CIVIL CASE** |
| Plaintiff,  )  | |
| )  | CV 13-0203-PHX-ROS |
| v.  )  | |
| )  | |
| BNCCORP, Inc.,  )  | |
| )  | |
| Defendant.  )  | |

___   Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   Decision by Court. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order dated April 23, 2013, judgment is entered against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed.

April 23, 2013

BRIAN D. KARTH
District Court Executive/Clerk

s/Kathy Gerchar
By: Deputy Clerk

cc: (all counsel)